STRETTO

### Claims Register as of 7/20/2020
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | W.W. Grainger, Inc. | | 401 South Road W4W.R47 | | | Janesville | WI | 53546 | 06/08/2020 | $84,924.09 | $59,466.86 | $9,035.67 | | $16,421.56 |
| 360 | BNP Paribas, in its Capacity as Administrative Agent and Collateral Agent | Attn: Guillaume Charrier, Kevin Choi and Yung Wu | 787 Seventh Avenue | 30th Floor | | New York | NY | 10019 | 06/10/2020 | Unliquidated | | Unliquidated | | $92,410,045.26 |
| 403 | Michelle Murdock | | Address on File | | | | | 99501 | 06/11/2020 | Unliquidated | 1000000.00 Plus | | | |
| 411 | Herman L. Ahsoak | | Address on File | | | | | 99723 | 06/12/2020 | $462.00 | | | | $462.00 |
| 454 | Steve Ranney | c/o Ducey & Associates LLC | Attn: Cynthia L. Ducey | 745 W 4th Avenue, Suite 425 | | Anchorage | AK | 99501 | 06/15/2020 | $10,000,000.00 | $10,000,000.00 | | | |
| 455 | Jacob Ranney | c/o Ducey & Associates LLC | Attn: Cynthia L. Ducey | 745 W 4th Avenue, Suite 425 | | Anchorage | AK | 99501 | 06/15/2020 | $5,000,000.00 | $5,000,000.00 | | | |
| 462 | JFL-Rag Partners, LLC | Attn: Carl Black and T. Daniel Reynolds | 901 Lakeside Ave E | | | Cleveland | OH | 44114 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 465 | David Rattner | c/o J.F. Lehman & Company | 110 East 59th St | 27th Floor | | New York | NY | 10022 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 471 | Cody Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 475 | C. Alexander Harman | c/o J. F. Lehman and Company | 110 East 59th Street | | | New York | NY | 10222 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 483 | Andrew Ringhouse | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 495 | Cody Lee and Andrew Ringhouse, as guardians for F.Q.R, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 496 | William Hanenberg | c/o J.F. Lehman & Company | 110 East 59th Street | 27th Floor | | New York | NY | 10022 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 512 | Lisa Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 520 | Patrick Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 528 | Tatsuro McWilliams | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 535 | Bristol Alliance Fuels, LLC | Attn: Stephanie Y. Kotarski | 111 West 16th Avenue | Suite 400 | | Anchorage | AK | 99501 | 06/15/2020 | $351,398.54 | $291,150.23 | | | $60,248.31 |
| 549 | Robert Sibley | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 559 | Mary Swetzof | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 569 | Mary Swetzof, as guardian for Master M.S. 1, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 579 | Mary Swetzof, as guardian for Mistress M.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 587 | Mary Swetzof, as guardian for Master M.S. 2, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 595 | Mary Swetzof, as guardian for R.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 599 | Jared Davis | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 611 | Doug Carroll, as guardian for C.C., a Minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 619 | Richard K. Sorenson | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 626 | Andrew Ringhouse | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 634 | W.R.S, a minor, through Richard K, Sorenson, Guardian | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 639 | Cody Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 652 | Cody Lee and Andrew Ringhouse, as guardians for F.Q.R, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 660 | Lisa Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 672 | Patrick Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 680 | Tatsuro McWilliams | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 688 | Robert Sibley | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 695 | Mary Swetzof | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 703 | Mary Swetzof, as guardian for Master M.S. 1, a minor | c/o Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson, III | 919 North Market Street | Suite 420 | Wilmington | DE | 19801 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 711 | Mary Swetzof, as guardian for Master M.S. 2, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 719 | Mary Swetzof, as guardian for Mistress M.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 731 | Mary Swetzof, as guardian for R.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 736 | Alaska Central Express, Inc. | c/o Birch Horton Bittner & Cherot | Attn: Austin Barron and William Bittner | 510 L Street | Suite 700 | Anchorage | AK | 99501 | 06/15/2020 | Unliquidated | Not less than 53412.52 | | | |
| 750 | Doug Carroll, as Guardian for C.C., a Minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 760 | Jared Davis | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 772 | Northwest Arctic Borough School District | Megan Williams | P.O. Box 51 | | | Kotzebue | AK | 99752 | 06/17/2020 | $3,242.78 | $3,242.78 | | | |



**Claims Register as of 7/20/2020**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 736 | Alaska Central Express, Inc. | c/o Birch Horton Bittner & Cherot | Attn: Austin Barron and William Bittner | 510 L Street | Suite 700 | Anchorage | AK | 99501 | 06/15/2020 | Unliquidated | Not less than 53412.52 | | | |
| 483 | Andrew Ringhouse | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 626 | Andrew Ringhouse | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 360 | BNP Paribas, in its Capacity as Administrative Agent and Collateral Agent | Attn: Guillaume Charrier, Kevin Choi and Yung Wu | 787 Seventh Avenue | 30th Floor | | New York | NY | 10019 | 06/10/2020 | Unliquidated | | Unliquidated | | $92,410,045.26 |
| 535 | Bristol Alliance Fuels, LLC | Attn: Stephanie Y. Kotarski | 111 West 16th Avenue | Suite 400 | | Anchorage | AK | 99501 | 06/15/2020 | $351,398.54 | $291,150.23 | | | $60,248.31 |
| 475 | C. Alexander Harman | c/o J. F. Lehman and Company | 110 East 59th Street | | | New York | NY | 10222 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 471 | Cody Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 639 | Cody Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 495 | Cody Lee and Andrew Ringhouse, as guardians for F.Q.R, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 652 | Cody Lee and Andrew Ringhouse, as guardians for F.Q.R, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 465 | David Rattner | c/o J.F. Lehman & Company | 110 East 59th St | 27th Floor | | New York | NY | 10022 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 611 | Doug Carroll, as Guardian for C.C., a Minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 750 | Doug Carroll, as Guardian for C.C., a Minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 411 | Herman L. Ahsoak | | Address on File | | | | | 99723 | 06/12/2020 | $462.00 | | | | $462.00 |
| 455 | Jacob Ranney | c/o Ducey & Associates LLC | Attn: Cynthia L. Ducey | 745 W 4th Avenue, Suite 425 | | Anchorage | AK | 99501 | 06/15/2020 | $5,000,000.00 | $5,000,000.00 | | | |
| 599 | Jared Davis | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 760 | Jared Davis | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 462 | JFL-Rag Partners, LLC | Attn: Carl Black and T. Daniel Reynolds | 901 Lakeside Ave E | | | Cleveland | OH | 44114 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |
| 512 | Lisa Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 660 | Lisa Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 559 | Mary Swetzof | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 695 | Mary Swetzof | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 569 | Mary Swetzof, as guardian for Master M.S.1, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 703 | Mary Swetzof, as guardian for Master M.S. 1, a minor | c/o Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson, III | 919 North Market Street | Suite 420 | Wilmington | DE | 19801 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 587 | Mary Swetzof, as guardian for Master M.S. 2, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 711 | Mary Swetzof, as guardian for Master M.S. 2, a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 579 | Mary Swetzof, as guardian for Mistress M.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 719 | Mary Swetzof, as guardian for Mistress M.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 595 | Mary Swetzof, as guardian for R.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 731 | Mary Swetzof, as guardian for R.S., a minor | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 403 | Michelle Murdock | | Address on File | | | | | | 06/11/2020 | Unliquidated | 1000000.00 Plus | | | |
| 772 | Northwest Arctic Borough School District | Megan Williams | P.O. Box 51 | | | Kotzebue | AK | 99752 | 06/17/2020 | $3,242.78 | $3,242.78 | | | |
| 520 | Patrick Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 672 | Patrick Lee | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 619 | Richard K. Sorenson | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S | | Tacoma | WA | 98402 | 06/12/2020 | Unliquidated | Unliquidated | | | |
| 549 | Robert Sibley | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 688 | Robert Sibley | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 454 | Steve Ranney | c/o Ducey & Associates LLC | Attn: Cynthia L. Ducey | 745 W 4th Avenue, Suite 425 | | Anchorage | AK | 99501 | 06/15/2020 | $10,000,000.00 | $10,000,000.00 | | | |
| 528 | Tatsuro McWilliams | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/12/2020 | Amended | | | | |
| 680 | Tatsuro McWilliams | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S. | | Tacoma | WA | 98402 | 06/15/2020 | Unliquidated | Unliquidated | | | |
| 634 | W.R.S., a minor, through Richard K, Sorenson, Guardian | c/o Herrmann Law Group | Attn: Crystal R. Lloyd | 1535 Tacoma Ave S | | Tacoma | WA | 98402 | 06/12/2020 | Unliquidated | Unliquidated | | | |
| 300 | W.W. Grainger, Inc. | | 401 South Road W4W.R47 | | | Janesville | WI | 53546 | 06/08/2020 | $84,924.09 | $59,466.86 | $9,035.67 | | $16,421.56 |
| 496 | William Hanenberg | c/o J.F. Lehman & Company | 110 East 59th Street | 27th Floor | | New York | NY | 10022 | 06/15/2020 | Unliquidated | Undetermined amounts | | | |